# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Aero Services, Inc. aka Aero Plumbing Services, Inc., ) ) ) | |
| Plaintiff, ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. ) ) | |
| Main Street America Assurance Co., ) ) | C.A. No. 3:21-cv-02440-JFA |
| Defendant. ) | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Aero Services, Inc. aka Aero Plumbing Services, Inc., and Defendant, Main Street America Assurance Co., through their undersigned counsel, enter into this stipulation of dismissal as to all claims asserted by Plaintiff against Defendant.  The parties stipulate that all claims asserted in this action are hereby dismissed with prejudice.  Plaintiff and Defendant will each bear their own attorney's fees and costs.


*s/ Lowell Bernstein*
Lowell Bernstein (Fed. Bar No. 66566)
Beth E. Bernstein (Fed. Bar No. 7189)
BERNSTEIN & BERNSTEIN, LLC
1019 Assembly Street
Columbia, SC  29201
Telephone:  803.799.7900
Fax: 803.799.07996
Email: Lowell@bblawsc.com

Attorneys for Plaintiff,
Aero Services, Inc. aka Aero
Plumbing Services, Inc.

Dated: October 11, 2021

*s/ Jennifer E. Johnsen*
Jennifer E. Johnsen (Fed. Bar No. 5427)
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
P.O. Box 10589
Greenville, SC  29603
Telephone:  864.271.9580
Fax:  864.271.7502
Email:  jjohnsen@gwblawfirm.com

Attorneys for Defendant,
Main Street America Assurance Co.

Dated:  October 11, 2021